UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. William H. Walls |
| Respondent, | : | |
| v. | : | Crim. No. 97-560(WHW) |
| MANUEL GUDIEL-SOTO, | : | |
| Petitioner. | : | ORDER |

This matter having been opened to the Court at the request of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Amy Luria, Assistant United States Attorney, appearing) for an order extending the Government's time in which to file an opposition to the motion filed by petitioner pursuant to 28 U.S.C. § 1651,

IT IS on this 4 day of November, 2010,

ORDERED that the Government shall file its opposition to the motion filed by petitioner pursuant to 28 U.S.C. § 1651 by or on December 17, 2010.

_____
HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE