UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MANUEL GUDIEL-SOTO, | : | |
| Petitioner, | : | **ORDER** |
| v. | : | Civ. No. 97-0560 (WHW) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**Walls, Senior District Judge**

Manuel Gudiel-Soto petitions this Court for a writ of error coram nobis pursuant to 28 U.S.C. § 1651(a) to vacate the judgment and conviction entered against him on December 9, 1998.

It is, on this 25th day of January, 2011:

ORDERED that Gudiel-Soto's petition is DENIED.

<u>s/ William H. Walls</u>

United States Senior District Judge